■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK STEVEN E., Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Supreme Court, Monroe County, Kennedy, J.—criminal possession of controlled substance, fifth degree.) Present—Hancock, Jr., J. P., Doerr, Green, O'Donnell and Schnepp, JJ.

■ NANCY SAMSON, Respondent, v AGENCY RENT-A-CAR, INC., Appellant.—Judgment unanimously affirmed, with costs, for reasons stated in memorandum decision at Trial Term, Broughton, J. (Appeal from judgment of Supreme Court, Niagara County, Broughton, J.—first-party benefits.) Present—Hancock, Jr., J. P., Doerr, Green, O'Donnell and Schnepp, JJ.

■ BARRY T. MALIN, as Parent and Natural Guardian of DANIEL MALIN, an Infant, Respondent, v JOAN B. MALIN, Appellant.—Order unanimously affirmed, with costs, for reasons stated at Special Term, Fudeman, J. (Appeal from order of Supreme Court, Erie County, Fudeman, J.—summary judgment.) Present—Hancock, Jr., J. P., Doerr, Green, O'Donnell and Schnepp, JJ. [124 Misc 2d 1078.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL HENDERSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maas, J.—criminal possession of weapon, third degree.) Present—Callahan, J. P., Denman, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALAN P. CORKER, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as moot *(see, People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Supreme Court, Wyoming County, Conable, J.—habeas corpus.) Present—Callahan, J. P., Denman, Boomer, Green and Pine, JJ.